UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALIH PHILIP AGUDA,<br><br>              Plaintiff,<br><br>   v.<br><br>UNITED STATES GOVERNMENT AND AFFILIATES,<br><br>             Defendants. | CASE NO. 2:24-cv-00283<br><br>ORDER |

This matter comes before the Court on pro se Plaintiff's handwritten "Motion for Immediate Relief." Dkt. # 3. Plaintiff makes several outlandish allegations, including that he is being "attacked with harmful or excess infrared rays," and that he is "connected to some technology that reads [his] thoughts." *Id.* Plaintiff neither specifies the relief he seeks nor cites any legal authority to support the request. Accordingly, the Court STRIKES the motion.

Dated this 15th day of March, 2024.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 1