UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALIH PHILIP AGUDA,<br><br>            Plaintiff,<br><br>    v.<br><br>UNITED STATES GOVERNMENT AND AFFILIATES,<br><br>            Defendants. | CASE NO. 2:24-cv-00283<br><br>ORDER |

This matter comes before the Court on pro se Plaintiff's handwritten "Emergency Motion for Injunction." Dkt. # 7. Plaintiff makes several allegations, including that he is being physically attacked by "uncomfortable heat, and electronic wave, wireless attacks[.]" *Id.* at 2. Plaintiff seeks an injunction to "end [the] invasion and disruption of [his] ability to use [a] smart phone and computer to access the internet" and to "end to the technology that tracks [him] on video, read [his] thoughts, and disrupts [his] thoughts with broadcast to [his] eyes[.]" *Id.* at 2–3. Plaintiff neither specifies the relief he seeks nor cites any legal authority to support the request. Nor is there any indication that he served Defendants with the motion.

Because the motion alleges outlandish claims and does not conform with the requirements of Federal Rule of Civil Procedure 65, the Court STRIKES the motion.

ORDER - 1

Dated this 20th day of May, 2024.

John H. Chun
United States District Judge

ORDER - 2