UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALIH PHILIP AGUDA,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES GOVERNMENT AND AFFILIATES,<br><br>    Defendants. | CASE NO. 2:24-cv-00283<br><br>ORDER |

This matter comes before the Court on pro se Plaintiff's handwritten "Motion to Stop Processing My Last Filing." Dkt. # 10. Plaintiff seeks to withdraw his previous "Motion to Indicate a Major Discrepancy with the Court" (Dkt. # 11). *See* Dkt. # 10 at 1. Because, per Plaintiff's instruction, the Clerk of Court did not note Plaintiff's previous motion, and as a result there are no other pending motions, the Court STRIKES Plaintiff's motion (Dkt. # 10) as moot.

Dated this 31st day of May, 2024.

John H. Chun
United States District Judge

ORDER - 1