UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALIH PHILIP AGUDA,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES GOVERNMENT AND AFFILIATES,<br><br>        Defendants. | CASE NO. 2:24-cv-00283<br><br>ORDER |

      This matter comes before the Court on pro se Plaintiff's handwritten "Emergency Motion for Injunction." Dkt. # 13. Plaintiff makes several allegations, including that the Government is preventing him from "getting an attorney," attacking him with "technology that can result in damages that are not reversable," and invading his "privacy in his home" and making his "torture severe." *Id.* at 2. Plaintiff seeks an emergency motion for a restraining order to stop the "severe hindrance from getting an attorney by preventing [his] ability to own [a] cell phone and computer[,]" "constant burglary of [his] home [and removal] of documents and receipts and valuable court evidence[,]" "electronic attacks," and other alleged "attacks." *Id.* at 2–4. Plaintiff neither specifies the relief he seeks nor cites any legal authority to support the request.

ORDER - 1

Because the motion presents outlandish claims and does not conform with the requirements of Federal Rule of Civil Procedure 65, the Court STRIKES the motion.

Dated this 31st day of May, 2024.

*John H. Chun*

John H. Chun
United States District Judge

ORDER - 2