UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALIH PHILIP AGUDA,<br><br>           Plaintiff,<br><br>   v.<br><br>UNITED STATES GOVERNMENT AND AFFILIATES,<br><br>           Defendants. | CASE NO. 2:24-cv-00283<br><br>AMENDED ORDER |

      Federal Rule of Civil Procedure 4(m) requires a plaintiff to serve defendants with a summons and a copy of the complaint within 90 days after the complaint is filed. If service is not effectuated in this timeframe, the Court "must dismiss the action without prejudice against that defendant," unless Plaintiffs can demonstrate good cause. *See* Fed. R. Civ. P. 4(m).

      As far as the record shows, Plaintiff failed to serve Defendants within the 90-day time frame. On July 1, 2024, the Court ordered Plaintiff to show cause within ten days why this action should not be dismissed for failure to comply with Rule 4(m). Dkt. # 5. Plaintiff responded, alleging various claims including "technology that reads [his] mind" and wireless

AMENDED ORDER - 1

"attack[s] [on his] eyeballs and sexual apparatus[.]" Dkt. # 16 at 3.[1] Plaintiff does not demonstrate good cause as to why the Court should not dismiss the action. Thus, pursuant to Rule 4(m), the Court DISMISSES this case without prejudice.

Dated this 12th day of July, 2024.

*John H. Chun*
John H. Chun
United States District Judge

---

[1] In his response, Plaintiff also appears to bring an "[e]mergency motion for restraining order[.]" Dkt. # 16 at 1. Yet Plaintiff fails to specify the relief he seeks nor cites any legal authority to support his motion. For the same reasons cited in the Court's previous order striking Plaintiff's previous requests, *see* Dkt. ## 9, 14, the Court strikes this motion for emergency relief.

AMENDED ORDER - 2